**No. 42352.**—Protest 866597–G of Western Novelty Co. (Los Angeles).

Opinion by DALLINGER, J. Pencil holders similar to those the subject of Abstract 41543 were held dutiable at 40 percent under paragraph 339 as claimed.